UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEREK JOHNSON and
ELDRIDGE COOPER, on behalf
of themselves and those similarly
situated,

     Plaintiffs,

vs.

FLOOD BROTHERS, INC., A
GEORGIA CORPORATION,
AND JOHN FLOOD,
INDIVIDUALLY,

     Defendants._____/

CASE NO.: 1:16-CV-01289-ELR

### ORDER APPROVING SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion to Approve Settlement, and upon the review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds the settlement is fair and reasonable and the parties' Joint Motion is hereby GRANTED.  Therefore, IT IS HEREBY ORDERED that the referenced Settlement Agreements are approved, the Parties are ordered to abide by the agreements and this action is hereby dismissed with prejudice.

SO ORDERED, this 20th day of October, 2016.

_Eleanor L. Ross_
The Honorable Eleanor L. Ross
United States District Court Judge